# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MELISSA LOOS,**

    **Plaintiff,**

v.                                                          Case No. 6:08-cv-534-Orl-35GJK

**CLUB PARIS, LLC, and**
**FRED KHALILIAN,**

    **Defendants.**

_____/

## VERDICT

We, the jury, unanimously find the following answers to the questions submitted by the Court:

**QUESTION NO. 1:** Do you find by a preponderance of the evidence that Plaintiff sustained non-economic compensatory (emotional distress) damages as a result of Defendant Fred Khalilian's battery?

    Yes ___✓___

    No _____

If you answered "YES" please indicate the amount of non-economic compensatory (emotional distress) damages sustained by Plaintiff:

    $ _15,000.00_

**QUESTION NO. 2:** What is the amount of punitive damages, if any, to be imposed against Defendant Fred Khalilian for battery?

    $ _45,000.00_

**QUESTION NO. 3:** Do you find by a preponderance of the evidence that Plaintiff sustained non-economic compensatory (emotional distress) damages as a result of Defendant Club Paris' sexual harassment?

Yes ✓

No _____

If you answered "YES" please indicate the amount of non-economic compensatory (emotional distress) damages sustained by Plaintiff:

$ 7,500.00

If emotional distress damages are awarded above, what percentage is intended to compensate Plaintiff for the improper touching that was the basis for the battery claim as opposed to non-physical sexual harassment:

100 %

**QUESTION NO. 4:** What is the amount of punitive damages, if any, to be imposed against Defendant Club Paris' for sexual harassment?

$ 10,000.00

**QUESTION NO. 5:** Do you find by a preponderance of the evidence that Plaintiff sustained non-economic compensatory (emotional distress) damages as a result of Defendant Club Paris' retaliation?

Yes ✓

No _____

2

If you answered "YES" please indicate the amount of non-economic compensatory (emotional distress) damages sustained by Plaintiff:

$ 5,000.00

**QUESTION NO. 6:** What is the amount of punitive damages, if any, to be imposed against Defendant Club Paris' for retaliation?

$ 2,500.00

So say we all.

_____
FOREPERSON

This 28 day of June 2010.

3