# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MELISSA LOOS,**

        **Plaintiff,**

-vs-                                  Case No. 6:08-cv-534-Orl-35GJK

**CLUB PARIS, LLC., and**
**FRED KHALILIAN,**

        **Defendants.**

_____

## AMENDED FINAL JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that Judgment as to liability and for economic damages is entered in favor of Plaintiff and against Defendants as follows:

1. Judgment as to liability is entered in favor of Plaintiff and against Defendant Club Paris, LLC, as to Counts I, II, and III.

2. Judgment as to liability is entered in favor of Plaintiff and against Defendant Fred Khalilian as to Count IV.

3. Plaintiff shall recover economic damages in the amount of $14,420.00 from Defendants Club Paris, LLC and Fred Khalilian, jointly and severally, with interest thereon at the legal rate as provided by law from February 9, 2010, for which sum let execution issue.

**IT IS FURTHER ORDERED AND ADJUDGED** that Judgment as to non-economic compensatory and punitive damages is entered in favor of Plaintiff and against Defendants as follows:

4. That Plaintiff shall recover from Defendant Fred Khalilian the amount of $15,000.00 as to Count IV – Civil Battery for non-economic compensatory damages.

5. That Plaintiff shall recover from Defendant Fred Khalilian the amount of $45,000.00 as to Count IV – Civil Battery for punitive damages.

6. That Plaintiff shall recover from Defendant Club Paris, LLC the amount of $7,500.00 as to Count I – Sexual Harassment for non-economic compensatory damages.

7. That Plaintiff shall recover from Defendant Club Paris, LLC the amount of $10,000.00 as to Count I – Sexual Harassment for punitive damages.

8. That Plaintiff shall recover from Defendant Club Paris, LLC the amount of $5,000.00 as to Count II – Retaliation for non-economic compensatory damages.

9. That Plaintiff shall recover from Defendant Club Paris, LLC the amount of $2,500.00 as to Count II – Retaliation for punitive damages.

All with interest thereon at the legal rate as provided by law from August 9, 2010, for which sum let execution issue.

Any recovery that exceeds $7,500.00 obtained from Defendant Fred Khalilian for non-economic compensatory damages related to Plaintiff's civil battery claim shall reduce the amount of non-economic compensatory damages owed by Defendant Club Paris, LLC for Plaintiff's sexual harassment claim. Any recovery obtained from Defendant Club Paris, LLC for non-economic compensatory damages related to Plaintiff's sexual harassment claim shall reduce the amount of non-economic compensatory damages owed by Defendant Fred Khalilian for Plaintiff's civil battery claim.

**IT IS FURTHER ORDERED AND ADJUDGED** that Judgment as to attorney's fees and costs is entered in favor of Plaintiff and against Defendants as follows:

10. That Plaintiff shall recover attorney's fees in the amount of $20,912.50 from Defendant Club Paris, LLC.

11. That Plaintiff shall recover costs in the amount of $425.00 from Defendants Club Paris, LLC and Fred Khalilian, jointly and severally.

All with interest thereon at the legal rate as provided by law from August 10, 2010, for which sum let execution issue.

**THIS JUDGMENT SUPERSEDES ALL PREVIOUS JUDGMENTS ENTERED IN THIS CASE.**

Date: August 25, 2010

SHERYL L. LOESCH, CLERK

By: _____
N.L. Leiter
Courtroom Deputy Clerk

-3-